# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3357

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Opera Moore, | * | Eastern District of Missouri. |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  February 13, 2003

Filed:  February 27, 2003

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Opera Moore appeals the district court's[1] dismissal for lack of jurisdiction of his motion requesting correction of his presentence report (PSR).  We affirm.

The district court clerk's office received a letter from Moore stating that errors in his PSR prevented him from participating in programs within the Bureau of Prisons.  The district court construed the letter as a motion to correct the PSR under

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

Federal Rule of Criminal Procedure 32, and denied the motion, finding that it lacked jurisdiction to correct a PSR after sentencing. We agree with the district court that it lacked jurisdiction. <u>See</u> <u>United States v. Angiulo</u>, 57 F.3d 38, 41 (1st Cir. 1995) (Rule 32, in and of itself, does not confer jurisdiction on district court to conduct postsentence review).

Accordingly, we affirm the judgment of the district court. We deny Moore's request for reimbursement of his filing fee, as the record does not reflect that he paid the fee.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.